**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| GINA RACINE, | Case No.: 1:24-cv-13018 |
| Plaintiff, | |
| v. | **MOTION FOR ADMISSION PRO HAC VICE** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

I, Adam L. Deutsch, attorney for Plaintiff Gina Racine in the above-referenced action, hereby moves the Court to admit Meir Rubinov, *pro hac vice* to appear and participate as counsel in this case for Plaintiff Gina Racine. I consent to serve as local counsel and attest that I am admitted to practice and in good standing before this Court.

This Motion is accompanied by the required Certification of Attorney Meir Rubinov, and the admission fee will be paid to the court at the time of filing.

Meir Rubinov's relevant identifying information is as follows:

Meir Rubinov
NY Bar # 6077887
CONSUMER ATTORNEYS
72-47 139th Street, Flushing, New York 11367
T: (718) 640-8123
E: mrubinov@consumerattorneys.com

Dated: December 19, 2024

By: */s/ Adam L. Deutsch*
Adam L. Deutsch, MA No. 569173
Northeast Law Group, LLC

1

7 Purves St, STE 12
East Longmeadow, MA 01028
T: (413) 285-3646
F: (413) 200-3305
E: adam@northeastlawgroup.com

*Attorneys for Plaintiff,*
*Gina Racine*