IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| GINA RACINE,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No.: 1:24-cv-13018<br><br>**CERTIFICATION IN SUPPORT OF THE MOTION FOR LEAVE TO APPEAR PRO HAC VICE** |

  Meir Rubinov, moves for leave to appear Pro Hac Vice in the above matter, to represent Plaintiff Gina Racine in this action.

  I am neither a Massachusetts resident nor a member in good standing of The Massachusetts Bar.

  I am a member in good standing before the following courts:

- Eastern District of New York;
- Southern District of New York;
- Southern District of Texas.

  I have not abused the privilege of special admission by maintaining a regular law practice in Massachusetts.

  I have initially appeared in the last thirty-six months in these cases in state or federal court in Massachusetts: None.

  I will comply with the federal rules and this Court's local rules.

1

I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

I have paid the fee for special admission or will pay the fee upon granting of the Motion.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: December 19, 2024

By: */s/ Meir Rubinov*
Meir Rubinov, NY Bar No. 6077887
CONSUMER ATTORNEYS
72-47 139th Street
Flushing, New York 11367
T: (718) 640-8123
F: (718) 715-1750
E: mrubinov@consumerattorneys.com

*Attorneys for Plaintiff,*
*Gina Racine*