**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| GINA RACINE,<br><br>          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendant. | Case No.: 1:24-cv-13018<br><br>**[PROPOSED] ORDER FOR MEIR RUBINOV TO APPEAR PRO HAC VICE** |

AND NOW, this _____ day of _____2024, upon consideration of the foregoing Motion for Admission Pro Hac Vice of Meir Rubinov, it is hereby ORDERED, ADJUDGED and DECREED that Meir Rubinov is admitted *pro hac vice* as counsel for Plaintiff Gina Racine in this action.

Date:

_____
UNITED STATES DISTRICT JUDGE